No. 23. UNITED STATES ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. Appeal from D. C. S. D. Cal. Motion of Southern Governors' Conference et al., for leave to file a brief, as *amici curiae,* granted. *Walter R. McDonald* on the motion. [For earlier actions herein, see 383 U. S. 964, 384 U. S. 888.]

No. 1119. BANKS *v.* CHICAGO GRAIN TRIMMERS ASSOCIATION, INC., ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1439, Misc. SMITH *v.* WILSON, WARDEN. C. A. 9th Cir. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1313, Misc. BOLES *v.* BURNETT, CHIEF JUSTICE, SUPREME COURT OF TENNESSEE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. Petitioner *pro se. Clyde W. Key* for Bank of Knoxville, complainant below, in opposition to the motion.

No. 1359, Misc. SKOLNICK *v.* ROBSON, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 1613, Misc. ALI, AKA CLAY, ET AL. *v.* GORDON, U. S. DISTRICT JUDGE. Application for stay and other relief, as well as petition for order staying the orders of the United States District Court for the Western District of Kentucky and for injunction pending appeal, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. Motion for leave to file petition for writ of mandamus denied. *Hayden C. Covington* on the motion.